UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| F.V.E. & ASSOCIATES, INC. | § | Case No. 11-17930 |
| FOX VALLEY EXTERIORS, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Mr. Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn Street
        7th Floor
        Chicago   IL   60603

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

        11:15 a.m.
        on Thursday, December 5, 2013
        in Courtroom 240 of the Kane County Courthouse
        100 South 3rd Street, Geneva, Illinois

   If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____            By: Kenneth S. Gardner_____

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
F.V.E. & ASSOCIATES, INC. § Case No. 11-17930
FOX VALLEY EXTERIORS, INC. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 23,537.38 |
| and approved disbursements of | $ | 521.84 |
| leaving a balance on hand of[1] | $ | 23,015.54 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg | $ 3,103.74 | $ 0.00 | $ 3,103.74 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 4,500.00 | $ 0.00 | $ 4,500.00 |
| Attorney for Trustee Expenses: Baldi Berg & Wallace, Ltd. | $ 84.38 | $ 0.00 | $ 84.38 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 3,923.00 | $ 0.00 | $ 3,923.00 |
| Auctioneer Fees: Martin Auction | $ 180.00 | $ 180.00 | $ 0.00 |
| Auctioneer Expenses: Martin Auction | $ 155.66 | $ 155.66 | $ 0.00 |
| Other: International Sureties, Ltd. | $ 42.77 | $ 42.77 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 11,611.12 |

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Remaining Balance $ 11,404.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,752,457.01 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Yellow Book Sales & Distribution | $ 671.00 | $ 0.00 | $ 4.37 |
| 000002 | KHI Liquidation Trust as successor to Kimball Hill | $ 32,361.00 | $ 0.00 | $ 210.59 |
| 000003 | Department of the Treasury | $ 387.25 | $ 0.00 | $ 2.52 |
| 000004 | IMARC, LLC | $ 16,811.88 | $ 0.00 | $ 109.41 |
| 000005 | Alside Supply Center | $ 12,825.40 | $ 0.00 | $ 83.46 |
| 000006 | Chicago Regional Council of Carpenters | $ 170,894.48 | $ 0.00 | $ 1,112.13 |
| 000007 | Chicago Regional Council of Carpenters | $ 1,367,234.00 | $ 0.00 | $ 8,897.51 |
| 000008 | Carpenters Pension and Retirement Savings Fund | $ 151,272.00 | $ 0.00 | $ 984.43 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 11,404.42 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 6,059.58 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | United States Treasury | $ 6,059.58 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Prepared By: /s/_____
Elizabeth C. Berg, Trustee

*Elizabeth C. Berg*
*20 N. Clark St., Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 11-17930-CAD
F.V.E. & Associates, Inc.                                                   Chapter 7
      Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0752-1            User: cgreen              Page 1 of 2           Date Rcvd: Oct 30, 2013
                                Form ID: pdf006           Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2013.
```
db         +F.V.E. & Associates, Inc.,    1621 Weld Rd.,    Elgin, IL 60123-5825
aty        #+Baldi Berg & Wallace, Ltd,    19 S LaSalle St.,,    Suite 1500,    Chicago, IL 60603-1413
17262024   +Alside Supply Center,    2500 Vantage Drive,    Elgin, IL 60124-7881
17262025    Carpenters Pension Fund,    P.O. Box 4001,    Geneva, IL 60134-4001
17850987   +Carpenters Pension and Retirement Savings Fund,    c/o John A. Wolters,    Cavanagh & O'Hara LLP,
             407 E. Adams Street,    Springfield, IL 62701-1404
17194744   +Chicago Reg Cncil Carp Trust Fund,    c/o Daniel Mcanally,    111 East Wacker, Suite 2600,
             Chicago, IL 60601-4208
17262028   +Chicago Reg Cncl Carpenters 50218,    12 East Erie Street,    Chicago, IL 60611-2795
17194745   +Chicago Reg Cncl Carpenters Funds,    c/o Raymond James Sanguinetti,
             111 East Wacker Dr, Suite 2600,    Chicago, IL 60601-4208
17850174   +Chicago Regional Council of Carpenters,    c/o Bruce C. Scalambrino,    Scalambrino & Arnoff, LLP,
             One North LaSalle Street, Suite 1600,    Chicago, IL 60602-3935
17262030   +Chicagoo Reg Cncl Carpenters 14795,    12 East Erie Street,    Chicago, IL 60611-2795
17595784   +Dept of U.S. Treasury,    Internal Revenue Service,    P.O. Box 21126,
             Philadelphia, PA 19114-0326
17262033    Dex,   P.O. Box 9001401,    Louisville, KY 40290-1401
17262034   +Fox Valley Gutter Cap,    1623 Weld Rd.,    Elgin, IL 60123-5825
17262036    HSBC Business Solutions,    P.O. Box 5219,    Carol Stream, IL 60197-5219
17262035    Home Depot Credit Services,    Dept. 32-2502200771,    P.O. Box 183176,    Columbus, OH 43218-3176
17262037   +IMARC, LLC,   Attn: Melissa Henson (A02660FAD),    471 E. Broad St.,    Columbus, OH 43215-3842
17262038   +Iowa Mutual Group,    509 Ninth Street,    P.O. Box 290,    De Witt, IA 52742-0290
17571659   +KHI Liquidation Trust as successor to Kimball Hill,    c/o Shaw Gussis Fishman Glantz Wolfson &,
             attn: Kimberly Bacher,    321 N. Clark Street, Suite 800,    Chicago, Illinois 60654-4766,
             (312) 541-0151
17194746   +Kimball Hill,    c/o Kimberly Bacher,    321 North Clark Street, Suite 800,
             Chicago, IL 60654-4766
17262040   +Menards,    825 South Randall Road,    Elgin, IL 60123-8920
17262041   +Midwest Siding Supply, Inc.,    1001 Aucutt Rd.,    Montgomery, IL 60538-1122
17262043   +Niew Legal Partners, PC,    1000 Jorie Blvd,    Suite 206,    Oak Brook, IL 60523-4482
17262044   +Northwest Gutters, Inc.,    2613 E. 6th St.,    Belvidere, IL 61008-6417
17262046   +Yellow Assistance,    Payment Processing Center,    14145 Collections Center Dr.,
             Chicago, IL 60693-0141
17383490   +Yellow Book Sales & Distribution,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
             Timonium, Maryland 21094-5126
17262047    Yellow Book West,    P.O. Box 660052,    Dallas, TX 75266-0052
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17262032    E-mail/Text: cio.bncmail@irs.gov Oct 31 2013 00:39:42    Department of the Treasury,
             Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
17262045    E-mail/Text: appebnmailbox@sprint.com Oct 31 2013 00:45:19    Sprint,    P.O. Box 4181,
             Carol Stream, IL 60197-4181
                                                                                              TOTAL: 2
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17262026*    Carpenters Pension Fund of Illinois,    28 North First Street,    P.O. Box 791,
              Geneva, IL 60134-0791
17262027*   +Chicago Reg Cncil Carp Trust Fund,    c/o Daniel Mcanally,    111 East Wacker, Suite 2600,
              Chicago, IL 60601-4208
17262029*   +Chicago Reg Cncl Carpenters Funds,    c/o Raymond James Sanguinetti,
              111 East Wacker Dr, Suite 2600,    Chicago, IL 60601-4208
17262039*   +Kimball Hill,    c/o Kimberly Bacher,    321 North Clark Street, Suite 800,
              Chicago, IL 60654-4766
17194743    ##+Carpenters Pension Fund of Illinois,    28 North First Street,    P.O. Box 791,
              Geneva, IL 60134-0791
17262031    ##+Daniel Martinak Trust,    1411 Forrest Court,    Marco Island, FL 34145-5846
17262042    ##+Mueller & Co, LLP,    2230 Point Blvd,    Suite 700,    Elgin, IL 60123-9205
                                                                                 TOTALS: 0, * 4, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1         User: cgreen              Page 2 of 2              Date Rcvd: Oct 30, 2013
                             Form ID: pdf006           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2013                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 29, 2013 at the address(es) listed below:
              Brook M Carey    on behalf of Creditor   DRH Cambridge Homes, Inc., D.R. Horton, Inc., R.J. Brown
               I, Inc. and CHL, LLC bmc@cassiday.com
              Chester H. Foster, Jr.    on behalf of Debtor   F.V.E. & Associates, Inc. chf@fosterlegalsvcs.com,
               dbf@fosterlegalservices.com
              David E Schwartz    on behalf of Creditor Kathleen   Scott dschwartz@kjs-law.com
              Elizabeth C Berg    on behalf of Accountant    Popowcer Katten, Ltd bergtrustee@baldiberg.com,
               eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    bergtrustee@baldiberg.com,    eberg@ecf.epiqsystems.com,jmanola@baldiberg.com
              Elizabeth C Berg    on behalf of Trustee Elizabeth C Berg ecberg@ameritech.net
              Elizabeth C Berg    on behalf of Auctioneer    Martin Auction ecberg@ameritech.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 8
```