UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
F.V.E. & ASSOCIATES, INC. § Case No. 11-17930
FOX VALLEY EXTERIORS, INC. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C. Berg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Elizabeth C. Berg_____
                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ELIZABETH C. BERG, TRUSTEE | | | | | |
| INTL SURETIES | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| BALDI BERG & WALLACE, LTD. | | | | | |
| BALDI BERG & WALLACE, LTD. | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| MARTIN AUCTION | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MARTIN AUCTION | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carpenters Pension Fund P.O. Box 4001 Geneva, IL 60134-4001 | | | | | |
| | Chicago Reg Cncil Carp Trust Fund c/o Daniel Mcanally 111 East Wacker, Suite 2600 Chicago, IL 60601 | | | | | |
| | Chicago Reg Cncl Carpenters 50218 12 East Erie Street Chicago, IL 60611 | | | | | |
| | Chicago Reg Cncl Carpenters Funds c/o Raymond James Sanguinetti 111 East Wacker Dr, Suite 2600 Chicago, IL 60601 | | | | | |
| | Chicagoo Reg Cncl Carpenters 14795 12 East Erie Street Chicago, IL 60611 | | | | | |
| | Daniel Martinak Trust 1411 Forrest Court Marco Island, FL 34145 | | | | | |
| | Dex P.O. Box 9001401 Louisville, KY 40290-1401 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fox Valley Gutter Cap 1623 Weld Rd. Elgin, IL 60123 | | | | | |
| | HSBC Business Solutions P.O. Box 5219 Carol Stream, IL 60197-5219 | | | | | |
| | Home Depot Credit Services Dept. 32-2502200771 P.O. Box 183176 Columbus, OH 43218-3176 | | | | | |
| | Iowa Mutual Group 509 Ninth Street P.O. Box 290 De Witt, IA 52742 | | | | | |
| | Menards 825 South Randall Road Elgin, IL 60123 | | | | | |
| | Midwest Siding Supply, Inc. 1001 Aucutt Rd. Montgomery, IL 60538 | | | | | |
| | Mueller & Co, LLP 2230 Point Blvd Suite 700 Elgin, IL 60123 | | | | | |
| | Niew Legal Partners, PC 1000 Jorie Blvd Suite 206 Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Northwest Gutters, Inc. 2613 E. 6th St. Belvidere, IL 61008 |  |  |  |  |  |
|  | Sprint P.O. Box 4181 Carol Stream, IL 60197-4181 |  |  |  |  |  |
|  | Yellow Assistance Payment Processing Center 14145 Collections Center Dr. Chicago, IL 60693 |  |  |  |  |  |
| 000005 | ALSIDE SUPPLY CENTER |  |  |  |  |  |
| 000008 | CARPENTERS PENSION AND RETIREMENT S |  |  |  |  |  |
| 000006 | CHICAGO REGIONAL COUNCIL OF CARPENT |  |  |  |  |  |
| 000007 | CHICAGO REGIONAL COUNCIL OF CARPENT |  |  |  |  |  |
| 000004 | IMARC, LLC |  |  |  |  |  |
| 000002 | KHI LIQUIDATION TRUST AS SUCCESSOR |  |  |  |  |  |
| 000003 | DEPARTMENT OF THE TREASURY |  |  |  |  |  |
| 000001 | YELLOW BOOK SALES & DISTRIBUTION |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-17930   CAD   Judge: CAROL A. DOYLE | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | F.V.E. & ASSOCIATES, INC. | Date Filed (f) or Converted (c): | 04/27/11 (f) |
|  | FOX VALLEY EXTERIORS, INC. | 341(a) Meeting Date: | 07/11/11 |
| For Period Ending: | 02/09/14 | Claims Bar Date: | 10/13/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Vehicles | 5,000.00 | 3,000.00 |  | 3,000.00 | FA |
| 2. Accounts Receivable | 27,483.98 | 458.86 |  | 458.86 | FA |
| 3. Bank Accounts (u) | 0.00 | 1,703.68 |  | 1,703.68 | FA |
| Trustee recovered turnover of funds on hand at Debtor's bank |  |  |  |  |  |
| 4. Inventory | 1,000.00 | 0.00 |  | 0.00 | FA |
| 5. Office Equipment | 500.00 | 0.00 |  | 0.00 | FA |
| 6. Refund of Security posted by Debtor to RMA (u) | 0.00 | 15,474.15 |  | 15,474.15 | FA |
| 7. Accounts Receivable (u) | 0.00 | 2,900.00 |  | 2,900.00 | FA |
| INT. Post-petition Interest Deposits (u) | Unknown | 0.00 |  | 0.69 | FA |
| TOTALS (Excluding Unknown Values) | $33,983.98 | $23,536.69 |  | $23,537.38 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered approximately $12,000.00 from the Debtor representing monies paid to the Debtor post-petition; Trustee liquidated funds in Debtor's bank account; Trustee sold the Debtor's truck at auction in December, 2011; Trustee sent demand letters for recovery of the Debtor's outstanding accounts receivable; Trustee reviewed records and determined no recoverable transfers; Trustee filed Estate tax returns.  TFR filed.  Final hearing held and final distribution made.

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 12/31/13

LFORM1                                                                                                                               Ver: 17.04b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-17930 -CAD |
| Case Name: | F.V.E. & ASSOCIATES, INC. |
| | FOX VALLEY EXTERIORS, INC. |
| Taxpayer ID No: | *******0745 |
| For Period Ending: | 02/09/14 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4280  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/01/11 | 6 | Risk Management Associates of RCEC<br>3041 Woodcreek Drive<br>Suite 101<br>Downers Grove, IL 60515 | Refund-security posted by Debtor | 1229-000 | 11,676.00 | | 11,676.00 |
| 07/01/11 | 2 | Norandex Distribution, Inc.<br>300 Executive Parkway West<br>Suite 100<br>Hudson OH 44236 | Accounts Receivable | 1121-000 | 11.18 | | 11,687.18 |
| 07/13/11 | 3 | First Community Bank<br>Elgin, Illinois 60123 | Turnover Funds from Debtor's bank | 1229-000 | 1,703.68 | | 13,390.86 |
| 07/29/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 13,390.93 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,391.05 |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,391.16 |
| 10/07/11 | 7 | J.W.B.<br>Joe Behlis | Accounts Recievable | 1221-000 | 2,900.00 | | 16,291.16 |
| 10/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,291.29 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 19.32 | 16,271.97 |
| 11/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.13 | | 16,272.10 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 20.06 | 16,252.04 |
| 12/22/11 | 1 | Martin Auction Services LLC<br>Rob & Lucy Nord<br>9515 Texas Church Road<br>Clinton IL 61727 | Sale of 2001 Dodge Ram | 1129-000 | 3,000.00 | | 19,252.04 |
| 12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 19,252.17 |
| 12/29/11 | | Transfer to Acct #*******2699 | Bank Funds Transfer | 9999-000 | | 19,252.17 | 0.00 |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.04b

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-17930 -CAD | |
| Case Name: | F.V.E. & ASSOCIATES, INC. | |
| | FOX VALLEY EXTERIORS, INC. | |
| Taxpayer ID No: | *******0745 | |
| For Period Ending: | 02/09/14 | |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4280  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

```
Account *******4280         Balance Forward           0.00
                       5    Deposits             19,290.86      0   Checks                    0.00
                       6    Interest Postings         0.69      2   Adjustments Out          39.38
                                                                1   Transfers Out        19,252.17
                            Subtotal         $   19,291.55
                                                                    Total            $   19,291.55
                       0    Adjustments In           0.00
                       0    Transfers In             0.00

                            Total            $   19,291.55
```

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-17930 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | F.V.E. & ASSOCIATES, INC. | | Bank Name: | Congressional Bank |
| | FOX VALLEY EXTERIORS, INC. | | Account Number / CD #: | *******2699 Checking Account |
| Taxpayer ID No: | *******0745 | | | |
| For Period Ending: | 02/09/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 12/29/11 | INT | Congressional Bank | INTEREST FROM BOA POST TRANSFER | 1270-003 | 0.13 | | 0.13 |
| | | | Transfered all funds from BOA to Congressional on 12/29. Interest posted by BOA later in the day on 12/29, posted interest manually to Congressional Account to balance per ECB instruction - JMM | | | | |
| 12/29/11 | | Transfer from Acct #*******4280 | Bank Funds Transfer | 9999-000 | 19,252.17 | | 19,252.30 |
| 01/03/12 | 2 | Merit Club | Miscellaneous Receipt from Debtor | 1229-000 | 447.68 | | 19,699.98 |
| | | 1500 Merit Club Lane | | | | | |
| | | Libertyville IL 60048 | | | | | |
| 01/11/12 | 003001 | Martin Auction Services LLC | Auctioneer Fee/Exp per order 1/5/12 | | | 335.66 | 19,364.32 |
| | | Rob & Lucy Nord | | | | | |
| | | 9515 Texas Church Road | | | | | |
| | | Clinton IL 61727 | | | | | |
| | | | Fees  180.00 | 3610-000 | | | |
| | | | Expenses  155.66 | 3620-000 | | | |
| * 01/27/12 | INT | Reverses Interest on 12/29/11 | INTEREST FROM BOA POST TRANSFER | 1270-003 | -0.13 | | 19,364.19 |
| | | | Posted interest in error due to account reconcilation report. ~JMM 1.27.12 | | | | |
| 02/21/12 | 003002 | International Sureties, Ltd. | Trustee Bond Annual Premium | 2300-000 | | 26.77 | 19,337.42 |
| | | Suite 420 | Blanket Bond #016026455 | | | | |
| | | 701 Poydras Street | Chicago NDIL | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/15/13 | 003003 | International Sureties, Ltd. | Trustee Bond Annual Premium | 2300-000 | | 16.00 | 19,321.42 |
| | | Suite 420 | Bond # 016026455 | | | | |
| | | 701 Poydras Street | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/08/13 | | CONGRESSIONAL BANK | Monthly Bank Service Fee - Mar 13 | 2600-000 | | 18.54 | 19,302.88 |
| | | 6500 ROCK SPRING DRIVE | | | | | |
| | | SUITE 300 | | | | | |
| | | BETHESDA, MD 20817 | | | | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 13)

Ver: 17.04b

Page: 4
Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-17930 -CAD | | Trustee Name: | Elizabeth C. Berg |
| Case Name: | F.V.E. & ASSOCIATES, INC. | | Bank Name: | Congressional Bank |
| | FOX VALLEY EXTERIORS, INC. | | Account Number / CD #: | *******2699  Checking Account |
| Taxpayer ID No: | *******0745 | | | |
| For Period Ending: | 02/09/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - Apr 13 | 2600-000 | | 20.50 | 19,282.38 |
| 05/22/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee - May 13<br>Bank Service Fee actually was debited from account on May 9, 2013. TCMS would not allow me to enter the May 9th date due to it being over 30 days. 6/21/13 ~JMM | 2600-000 | | 19.82 | 19,262.56 |
| * 05/23/13 | 6 | Risk Management Associates of RCEC<br>3041 Woodcreek Drive<br>Suite 101<br>Downers Grove,  IL  60515 | Refund-security posted by Debtor<br>Reversed.  Amount of deposit entered in error.  Should be $3,798.15. | 1229-003 | 3,723.00 | | 22,985.56 |
| * 05/23/13 | 6 | Risk Management Associates of RCEC<br>3041 Woodcreek Drive<br>Suite 101<br>Downers Grove,  IL  60515 | Refund-security posted by Debtor<br>TR entered check no. instead of check amount in the receipts log.  Deposit amount likewise entered in incorrect amount.   Should be $3,798.15 and not $3,723.00.  Will re-enter deposit.  ECB 5-23-13 | 1229-003 | -3,723.00 | | 19,262.56 |
| 05/23/13 | 6 | Risk Management Associates of RCEC<br>3041 Woodcreek Drive<br>Suite 101<br>Downers Grove,  IL  60515 | Refund-security posted by Debtor | 1229-000 | 3,798.15 | | 23,060.71 |
| 06/18/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee<br>Monthly bank service fee actually occurred on June 4, 2013. TCMS will not allow me to back date more than 30 days. ~JMM 7.18.13 | 2600-000 | | 21.50 | 23,039.21 |
| 07/05/13 | | Congressional Bank<br>6500 Rock Spring Drive<br>Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 23.67 | 23,015.54 |
| 12/09/13 | 003004 | Elizabeth C. Berg, Trustee | Trustee Compensation | 2100-000 | | 3,103.74 | 19,911.80 |

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-17930 -CAD | | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|---|
| Case Name: | F.V.E. & ASSOCIATES, INC. | | Bank Name: | Congressional Bank |
| | FOX VALLEY EXTERIORS, INC. | | Account Number / CD #: | *******2699  Checking Account |
| Taxpayer ID No: | *******0745 | | | |
| For Period Ending: | 02/09/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/09/13 | 003005 | Baldi Berg & Wallace, Ltd. | Attorney for TR Fees (TR Firm) | | | 4,584.38 | 15,327.42 |
| | | | Fees         4,500.00 | 3110-000 | | | |
| | | | Expenses       84.38 | 3120-000 | | | |
| 12/09/13 | 003006 | Popowcer Katten, Ltd. | Accountant for TR Fees (Other Firm) | 3410-000 | | 3,923.00 | 11,404.42 |
| 12/09/13 | 003007 | KHI Liquidation Trust as successor to Kimball Hill | Claim 000002, Payment 0.65075% | 7100-000 | | 210.59 | 11,193.83 |
| | | c/o Shaw Gussis Fishman Glantz Wolfson & | | | | | |
| | | attn: Kimberly Bacher | | | | | |
| | | 321 N. Clark Street, Suite 800 | | | | | |
| | | Chicago, Illinois 60654 | | | | | |
| | | (312) 541-0151 | | | | | |
| 12/09/13 | 003008 | IMARC, LLC | Claim 000004, Payment 0.65079% | 7100-000 | | 109.41 | 11,084.42 |
| | | Attn: Melissa Henson (A02660FAD) | | | | | |
| | | 471 E. Broad St. | | | | | |
| | | Columbus, OH 43215 | | | | | |
| 12/09/13 | 003009 | Alside Supply Center | Claim 000005, Payment 0.65074% | 7100-000 | | 83.46 | 11,000.96 |
| | | 2500 Vantage Drive | | | | | |
| | | Elgin, IL 60124 | | | | | |
| 12/09/13 | 003010 | Chicago Regional Council of Carpenters | Claim 000006, Payment 0.65077% | 7100-000 | | 1,112.13 | 9,888.83 |
| | | c/o Bruce C. Scalambrino | | | | | |
| | | Scalambrino & Arnoff, LLP | | | | | |
| | | One North LaSalle Street, Suite 1600 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 12/09/13 | 003011 | Chicago Regional Council of Carpenters | Claim 000007, Payment 0.65077% | 7100-000 | | 8,897.51 | 991.32 |
| | | c/o Bruce C. Scalambrino | | | | | |
| | | Scalambrino & Arnoff, LLP | | | | | |
| | | One North LaSalle Street, Suite 1600 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 12/09/13 | 003012 | Carpenters Pension and Retirement Savings Fund | Claim 000008, Payment 0.65077% | 7100-000 | | 984.43 | 6.89 |
| | | c/o John A. Wolters | | | | | |
| | | Cavanagh & O'Hara LLP | | | | | |
| | | 407 E. Adams Street | | | | | |

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-17930 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | F.V.E. & ASSOCIATES, INC. | Bank Name: | Congressional Bank |
| | FOX VALLEY EXTERIORS, INC. | Account Number / CD #: | *******2699 Checking Account |
| Taxpayer ID No: | *******0745 | | |
| For Period Ending: | 02/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | Account / CD |
| | | | | | Deposits ($) | Disbursements ($) | Balance ($) |
| 12/09/13 | 003013 | Springfield, IL 62701<br>Mr. Kenneth S. Gardner<br>Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago  IL  60603 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #       DIVIDEND<br>===============================<br><br>  2        000001           4.37<br>  4        000003           2.52 | <br><br><br><br><br>7100-001<br>7100-001 | | 6.89 | 0.00 |

| Account *******2699 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 4 | Deposits | 4,245.83 | 13 | Checks | 23,393.97 |
| 2 | Interest Postings | 0.00 | 5 | Adjustments Out | 104.03 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 4,245.83 | | | |
| | | | | Total | $ 23,498.00 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 19,252.17 | | | |
| | Total | $ 23,498.00 | | | |

LFORM2T4 UST Form 101-7-TDR (5/1/2011) (Page: 16)

Ver: 17.04b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-17930 -CAD | Trustee Name: | Elizabeth C. Berg |
|---|---|---|---|
| Case Name: | F.V.E. & ASSOCIATES, INC. | Bank Name: | Congressional Bank |
| | FOX VALLEY EXTERIORS, INC. | Account Number / CD #: | *******2699 Checking Account |
| Taxpayer ID No: | *******0745 | | |
| For Period Ending: | 02/09/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|---|
| | 9 | | Deposits | 23,536.69 | 13 | Checks | 23,393.97 |
| | 8 | | Interest Postings | 0.69 | 7 | Adjustments Out | 143.41 |
| | | | | | 1 | Transfers Out | 19,252.17 |
| | | | Subtotal | $ 23,537.38 | | | |
| | | | | | | Total | $ 42,789.55 |
| | 0 | | Adjustments In | 0.00 | | | |
| | 1 | | Transfers In | 19,252.17 | | | |
| | | | Total | $ 42,789.55 | | Net Total Balance | $ 0.00 |